## United States Bankruptcy Court
### District of New Jersey

**IN RE:**                                                                          Case No. _____

Israeli, Ron Samuel _____    Chapter **11** _____
                                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December 16, 2015** _____    Signature: **_/s/ Ron Israeli_** _____
                                                                    **Ron Israeli**
                                                                                                        Debtor


Date: _____    Signature: _____
                                                                                                        Joint Debtor, if any

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Abbvie
1 N Waukegan Rd
North Chicago, IL  60064-1802


Accent Cigna
7171 Mercy Rd
Omaha, NE  68106-2620


Alere North America (c/o DAL Inc)
PO Box 162
Clifton Heights, PA  19018-0162


AMEX - Plum
PO Box 981535
El Paso, TX  79998-1535


AMEX - Starwood
PO Box 981535
El Paso, TX  79998-1535


AMEX Business Gold
PO Box 981535
El Paso, TX  79998-1535


AMEX Costco
PO Box 981535
El Paso, TX  79998-1535

```
AMEX Platinum
PO Box 981535
El Paso, TX  79998-1535


Bank of America Commercial Loan
PO Box 45144
Jacksonville, FL  32232-5144


Bank Of America Visa
Business card
PO Box 15796
Wilmington, DE  19886-5796


Cap ONE VISA
PO Box 71083
Charlotte, NC  28272-1083


Cardinal Health (c/o Mitchell Malzberg,
PO Box 5122
Clinton, NJ  08809-0122


Ceconi & Cheifetz LLC
25 Deforest Ave Ste 105
Summit, NJ  07901-2140


Chase
PO Box 15298
Wilmington, DE  19850-5298
```

```
Citi AA MC
PO Box 6062 Box 6062
Sioux Falls, SD  57117-6062


Citi AMEX
PO Box 6062 Box 6062
Sioux Falls, SD  57117-6062


Clove Road Medical Arts
1800 Clove Rd
Staten Island, NY  10304-1600


Con Edison
Cooper Station
PO Box 138
New York, NY  10276-0138


Discover
PO Box 30943
Salt Lake City, UT  84130-0943


eClinical Works
2 Technology Dr
Westborough, MA  01581-1727


Emdeon
3055 Lebanon Pike Ste 1000
Nashville, TN  37214-2239
```

Executive Cleaining Services LLC
460 New York Ave
Huntington, NY  11743-3432


First Insurance Funding
450 Skokie Blvd Ste 1000
Northbrook, IL  60062-7917


GE Capital
20225 Water Tower Blvd
Brookfield, WI  53045-3597


Green Energy Solutions, LLC
19 Badger Dr
Livingston, NJ  07039-4601


Haber, Simpson, and Silver
123 Columbia Tpke Ste 103A
Florham Park, NJ  07932-2117


Hudson City Savings
80 W Century Rd
Paramus, NJ  07652-1405


Internal Revenue Service
ACS Support
PO Box 8208
Philadelphia, PA  19101-8208

Internal Revenue Service
Technical Support/Insolvency
PO Box 724
Springfield, NJ   07081


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346


Manzelli Consulting Inc
789 6th Ave
River Edge, NJ   07661-1517


McKesson Medical Supply
PO Box 634404
Cincinnati, OH   45263-4404


National Grid
Customer Correspondence
1 Metrotech Ctr Fl 16
Brooklyn, NY   11201-3949


NJ Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ   08695-0245


NYC Department of Finance
PO Box 680
Newark, NJ   07101-0680

NYS Unemployment Insurance
PO Box 4305
Binghamton, NY  13902-4305


Olympus America Inc
PO Box 200194
Pittsburgh, PA  15251-0194


Paypal MC
PO Box 96080
Orlando, FL  32896-0080


Pitney Bowes - Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874


Qualigen
PO Box 225
Santa Clara, CA  95052-0225


Security Concepts Systems Inc
PO Box 302
Plainview, NY  11803-0302


Smith & Doran PC
60 Washington St
Morristown, NJ  07960-6859

SRS Medical (c/o Milennium Collections C
PO Box 6899
Vero Beach, FL  32961-6899


Stericycle
4010 Commercial Ave
Northbrook, IL  60062-1829


Sterling National Bank
Leasing Division
PO Box 75364
Chicago, IL  60675-5364


Stop & Stor-Hy
97 Quintard St
Staten Island, NY  10305-2540


United Healthcare
Dept 19425
PO Box 1259
Oaks, PA  19456-1259


Urodynamic
223 Wall St Ste 182
Huntington, NY  11743-2060


Urotherapies Inc
9010 Strada Stell Ct Ste 103
Naples, FL  34109-4425

```
Verizon
500 Technology Dr Ste 550
Weldon Spring, MO  63304-2225


Verizon (c/o McCarthy Burgess & Wolff)
26000 Cannon Rd
Cleveland, OH  44146-1807


Wells Business BKG Support Group
MAC D4004-03A
PO Box 202902
Dallas, TX  75320-2902


Wells Fargo VISA
PO Box 5284
Carol Stream, IL  60197-5284


Ziva Israeli
3200 N Leisure World Blvd Apt 715
Silver Spring, MD  20906-7619
```

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                    **12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ron**<br>First name<br><br>**Samuel**<br>Middle name<br><br>**Israeli**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-0725** | |

Debtor 1    **Israeli, Ron Samuel**                                                  Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and *doing business as* names

**About Debtor 1:**

■ I have not used any business name or EINs.

Business name(s)

EINs

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business name or EINs.

Business name(s)

EINs

---

**5.** Where you live

**19 Carillon Cir**
**Livingston, NJ 07039-2635**
Number, Street, City, State & ZIP Code

**Essex**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** Why you are choosing *this district* to file for bankruptcy

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Israeli, Ron Samuel**                                                    Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Israeli, Ron Samuel**                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

■ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is
needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1  **Israeli, Ron Samuel**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Israeli, Ron Samuel**                                                    Case number *(if known)*

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ron Israeli**

| | |
|---|---|
| **Ron Samuel Israeli** | _____ |
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on  **December 16, 2015**       Executed on  _____
              MM / DD / YYYY                              MM / DD / YYYY

---

Debtor 1    **Israeli, Ron Samuel** _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Chad B. Friedman** _____        Date    **December 16, 2015**
Signature of Attorney for Debtor                                MM / DD / YYYY

**Chad B. Friedman**
Printed name

**Ravin Greenberg Friedman, LLC**
Firm name

**101 Eisenhower Pkwy Fl 4**
**Roseland, NJ 07068-1032**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 226-1500**              Email address    **cfriedman@ravingreenberg.com**

**cf1215**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ron Samuel Israeli** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1** **Wells Business BKG Support Group**
MAC D4004-03A
PO Box 202902
Dallas, TX 75320-2902

What is the nature of the claim? _____ $ **$702,231.90**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

_____
Contact _____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
    Value of security: - $ _____
    Unsecured claim $ _____

Contact phone _____

**2** **Hudson City Savings**
80 W Century Rd
Paramus, NJ 07652-1405

What is the nature of the claim? _____ $ **$698,975.98**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____
Contact _____

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured) $ **$698,975.98**
    Value of security: - $ **$0.00**

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1    **Israeli, Ron Samuel** _____    Case number *(if known)* _____

Contact phone _____    Unsecured claim    $ **$698,975.98** _____

---

**3**    **Wells Business BKG Support Group**
MAC D4004-03A
PO Box 202902
Dallas, TX 75320-2902

**What is the nature of the claim?** _____    $ **$432,073.57**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____
Contact _____
Contact phone _____

---

**4**    **Wells Business BKG Support Group**
MAC D4004-03A
PO Box 202902
Dallas, TX 75320-2902

**What is the nature of the claim?** _____    $ **$300,047.18**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____
Contact _____
Contact phone _____

---

**5**    **Internal Revenue Service**
ACS Support
PO Box 8208
Philadelphia, PA 19101-8208

**What is the nature of the claim?** _____    $ **$280,406.91**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____
Contact _____
Contact phone _____

---

**6**    **Bank of America Commercial Loan**
PO Box 45144
Jacksonville, FL 32232-5144

**What is the nature of the claim?** _____    $ **$192,821.07**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

---

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1   **Israeli, Ron Samuel** _____    Case number *(if known)* _____

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**7**

**Sterling National Bank Leasing Division**
PO Box 75364
Chicago, IL 60675-5364

**What is the nature of the claim?** _____    $ **$117,149.59**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**8**

**Cardinal Health (c/o Mitchell Malzberg,**
PO Box 5122
Clinton, NJ 08809-0122

**What is the nature of the claim?** _____    $ **$93,589.73**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**9**

**Chase**
PO Box 15298
Wilmington, DE 19850-5298

**What is the nature of the claim?** _____    $ **$41,522.16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**10**

**Green Energy Solutions, LLC**
19 Badger Dr
Livingston, NJ 07039-4601

**What is the nature of the claim?** _____    $ **$25,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent

---

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1   **Israeli, Ron Samuel**                                    Case number *(if known)*

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
Contact                                              Value of security:        - $ _____
Contact phone                                        Unsecured claim           $ _____

---

| **11** | **Citi AMEX**<br>PO Box 6062 Box 6062<br>Sioux Falls, SD 57117-6062 |
|---|---|

**What is the nature of the claim?** _____  $ **$23,559.92**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
Contact                                              Value of security:        - $ _____
Contact phone                                        Unsecured claim           $ _____

---

| **12** | **AMEX Costco**<br>PO Box 981535<br>El Paso, TX 79998-1535 |
|---|---|

**What is the nature of the claim?** _____  $ **$20,823.85**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
Contact                                              Value of security:        - $ _____
Contact phone                                        Unsecured claim           $ _____

---

| **13** | **Ceconi & Cheifetz LLC**<br>25 Deforest Ave Ste 105<br>Summit, NJ 07901-2140 |
|---|---|

**What is the nature of the claim?** _____  $ **$20,157.36**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
Contact                                              Value of security:        - $ _____
Contact phone                                        Unsecured claim           $ _____

---

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1    **Israeli, Ron Samuel**          Case number *(if known)*

---

**14**

**SRS Medical (c/o Milennium Collections C**
**PO Box 6899**
**Vero Beach, FL 32961-6899**

**What is the nature of the claim?**    $ **$16,975.55**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**15**

**Abbvie**
**1 N Waukegan Rd**
**North Chicago, IL 60064-1802**

**What is the nature of the claim?**    $ **$13,140.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**16**

**Wells Fargo VISA**
**PO Box 5284**
**Carol Stream, IL 60197-5284**

**What is the nature of the claim?**    $ **$12,521.53**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**17**

**First Insurance Funding**
**450 Skokie Blvd Ste 1000**
**Northbrook, IL 60062-7917**

**What is the nature of the claim?**    $ **$11,138.40**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

---

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

Debtor 1    **Israeli, Ron Samuel**                                        Case number *(if known)*

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

**18**  **Citi AA MC**
PO Box 6062 Box 6062
Sioux Falls, SD 57117-6062

**What is the nature of the claim?**                           $ **$9,109.82**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)      $
                           Value of security:                    - $
Contact phone              Unsecured claim                       $

---

**19**  **NYC Department of Finance**
PO Box 680
Newark, NJ 07101-0680

**What is the nature of the claim?**                           $ **$8,758.55**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)      $
                           Value of security:                    - $
Contact phone              Unsecured claim                       $

---

**20**  **AMEX Platinum**
PO Box 981535
El Paso, TX 79998-1535

**What is the nature of the claim?**                           $ **$8,677.91**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)      $
                           Value of security:                    - $
Contact phone              Unsecured claim                       $

---

**Part 2:**  **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Ron Israeli**                              X
   **Ron Samuel Israeli**                              Signature of Debtor 2

B 104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 6

Debtor 1    **Israeli, Ron Samuel**                                    Case number *(if known)*

Signature of Debtor 1

Date    **December 16, 2015**                        Date

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com